UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:21-cr-143-ACC-LRH

CHRISTOPHER DASILVA

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  ANY UNITED STATES MARSHAL; and

Warden, of the Orange County Jail

It appearing from the petition of the United States of America that the defendant in the above case, CHRISTOPHER DASILVA, is confined in Orange County Jail at Orlando, Florida, and that this case is set for change of plea as to said defendant on February 14, 2022, at 10:00 AM and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said CHRISTOPHER DASILVA now detained in custody as aforesaid, under safe and secure conduct, before this Court on February 14, 2022, at the United States District Court, 401 W. Central Blvd, Orlando, Florida, by or before 10:00 AM, for a change of plea on criminal charges pending against him in this cause.

And this is to command you, Warden, of the Orange County Jail, to

deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return CHRISTOPHER DASILVA with all convenient speed, under safe and secure conduct to the custody of the Warden, of the Orange County Jail.

DONE and ORDERED at Orlando, Florida, this 9th day of February, 2022.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE